IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| GLORIA PATTERSON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 2:18-cv-847 |
| | ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Gloria Patterson, by her counsel, and Defendant Life Insurance Company of North America, by its counsel, hereby stipulate that the Complaint and the above-referenced action are dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

This the 28th day of May, 2019.

GLORIA PATTERSON

By: /s/ Gregory G. Paul
Gregory G. Paul, WVSB 8129
Morgan & Paul, PLLC
First and Market Building
100 First Avenue, Suite 1010
Pittsburgh, PA 15222
gregpaul@morgan-paul.com
*Counsel for Plaintiff*

LIFE INSURANCE COMPANY OF NORTH AMERICA

/s/ John C. Lynch
John C. Lynch, WVSB 6627
Troutman Sanders LLP
222 Central Park Ave., Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutman.com
*Counsel for Defendant Life Insurance Company of North America*

<u>**CERTIFICATE OF SERVICE**</u>

I do hereby certify that on this 28th day of May 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John C. Lynch, WVSB 6627
Troutman Sanders LLP
222 Central Park Ave., Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutman.com
    *Counsel for Defendant*

        By: /s/ Gregory G. Paul
        Gregory G. Paul, WVSB 8129
        Morgan & Paul, PLLC
        First and Market Building
        100 First Avenue, Suite 1010
        Pittsburgh, PA 15222
        gregpaul@morgan-paul.com
        *Counsel for Plaintiff*